IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALEAK RAHEEM CRAWFORD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| ANDREW SAUL, | : | |
| Commissioner of the Social | : | |
| Security Administration | : | NO. 20-124 |

## ORDER

**AND NOW**, this 21st day of July, 2020, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 11) is **GRANTED** as follows. This case is **REMANDED** to the Commissioner so that the ALJ can: (a) explicitly consider Plaintiff's need to use a cane to walk and explicitly consider whether this prevents Plaintiff from performing the standing and walking required for light work; (b) include in his residual functional capacity ("RFC") assessment and hypothetical question to a vocational expert, Plaintiff's need to take bathroom breaks every 35 minutes, due to his urinary incontinence; and (c) include in his RFC assessment limitations caused by Plaintiff's documented hand weakness.

**BY THE COURT**:

   */s/ Carol Sandra Moore Wells*   
CAROL SANDRA MOORE WELLS
United States Magistrate Judge